```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com
```

Attorney for Defendant,
CHARLES ELMER DUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00058-LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) REQUEST AND ORDER TO |
| CHARLES ELMER DUNN, | ) WITHDRAW AS ATTORNEY OF ) RECORD |
| Defendant. | ) |

Anthony P. Capozzi, attorney appointed for Defendant, CHARLES ELMER DUNN, hereby requests to be removed as the attorney for the Defendant. Said request is based on the attached Declaration of Anthony P. Capozzi.

Respectfully submitted,

Dated: December 19, 2013    /s/Anthony P. Capozzi
                            ANTHONY P. CAPOZZI
                            Attorney for,
                            CHARLES ELMER DUNN

## Declaration of Anthony P. Capozzi

I, Anthony P. Capozzi, declare that I am an attorney licensed to practice law in the State of California and in good standing. I am counsel of record for Defendant, Charles Elmer Dunn.  I have personal knowledge of the facts stated below and could testify competently to them if required.

1. This attorney was appointed to represent the Defendant, Charles Elmer Dunn, on December 11, 2013.

2. On December 18, 2013, this attorney appeared on a Status Conference before the Honorable Sheila K. Oberto.

3. At this status conference hearing this attorney interviewed Mr. Dunn very briefly. The comments made by Mr. Dunn present a conflict of interest which would make it impossible to represent Mr. Dunn.

4. It is respectfully requested that this attorney be allowed to withdraw do to a conflict of interest and that another attorney be appointed.

I further affirm under penalty of perjury, pursuant to the laws of the United States of America, and to the States of California, that the foregoing is true and correct to the best of my knowledge, as executed on the 19th day of December 2013, in Fresno, California.

*/s/ Anthony Capozzi*
Anthony P. Capozzi
Declarant

**ORDER**

For the reasons forth above, Defense Counsel's Motion to Withdraw as Attorney of Record is GRANTED.

IT IS SO ORDERED.

Dated:  **December 23, 2013**              **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE