1  BENJAMIN B. WAGNER
United States Attorney
2  KIMBERLY A. SANCHEZ
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

5

6  Attorneys for Plaintiff
United States of America

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              CASE NO.  1:12-CR-058 LJO/GSA

13                    Plaintiff,           STIPULATION TO CONTINUE STATUS
                                           CONFERENCE; ORDER
14         v.

15  CHARLES L. DUNN,

16                    Defendant.

17

18         IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

19  Kimberly A. Sanchez, Assistant U.S. Attorney and Daniel Harralson, attorney for the defendant,  that the

20  status conference currently set for February 26, 2014 at 1:30 pm before the Honorable Gary S. Austin be

21  continued to March 26, 2014 at 1:30 p.m.  The reason for the request is that defense counsel has requested

22  additional discovery.  The government needs another week's time to supply further discovery and defense

23  counsel needs additional time to review the discovery as to be provided.

24         Dated: February 25, 2014                    Respectfully submitted,

25                                                      BENJAMIN B. WAGNER
                                                        United States Attorney
26

27                                           By    /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
28                                                 Assistant U.S. Attorney

Dated: February 25, 2014

/s/ Daniel Harralson
DANIEL HARRALSON
Attorney for Defendant

IT IS SO ORDERED.

Dated:   **February 25, 2014**                          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Stipulation

2